

NUMBER 13-15-00162-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE RONALD G. HOLE AND CHERYL D. HOLE

On Petition for Writ of Mandamus.

## ORDER

Before Chief Justice Valdez and Justices Rodriguez and Longoria
Per Curiam Order

Relators, Ronald G. Hole and Cheryl D. Hole, filed a petition for writ of mandamus seeking to compel the trial court to vacate an order denying relators' plea to the jurisdiction, motion to dismiss, and motion for realignment of the parties. Relators further seek to compel the trial court to grant their plea to the jurisdiction and dismiss the underlying declaratory judgment action.

The Court requests that the real party in interest, Prosperity Bank, or any others whose interest would be directly affected by the relief sought, file a response to the

1

petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
7th day of April, 2015.